United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                          Case No. 15-01370-JJT
Enrico A. Franciosa                                             Chapter 13
Evelyn Cruz
            Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5        User: karendavi        Page 1 of 1            Date Rcvd: May 02, 2017
                           Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2017.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4635256          E-mail/Text: ally@ebn.phinsolutions.com May 02 2017 19:03:17      Ally Bank,     PO Box 130424,
                 Roseville, MN 55113-0004
                                                                                   TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

_____

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2017                          Signature:   /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2017 at the address(es) listed below:
            Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
            Jeffrey S. Treat    on behalf of Joint Debtor Evelyn  Cruz jstreat@ptd.net
            Jeffrey S. Treat    on behalf of Debtor Enrico A. Franciosa jstreat@ptd.net
            Thomas I Puleo    on behalf of Creditor    U.S. Department of Agriculture, Farm Service Agency
             tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                   TOTAL: 5

# United States Bankruptcy Court

### Middle District of Pennsylvania
### Case No. 5:15-bk-01370-JJT
### Chapter 13

In re: Debtor(s) (including Name and Address)

Enrico A. Franciosa
192 Cochecton Turnpike
Honesdale PA 18431

Evelyn Cruz
192 Cochecton Turnpike
Honesdale PA 18431

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/01/2017.

Name and Address of Alleged Transferor(s):

Claim No. 5: Ally Bank, PO Box 130424, Roseville, MN 55113-0004

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  05/04/17

Terrence S. Miller
**CLERK OF THE COURT**