```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                        Case No. 15-01370-JJT
Enrico A. Franciosa                                           Chapter 13
Evelyn Cruz
         Debtors                  CERTIFICATE OF NOTICE

District/off: 0314-5       User: karendavi          Page 1 of 2         Date Rcvd: Jan 10, 2018
                           Form ID: ordsmiss        Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2018.
db/jdb      +Enrico A. Franciosa,   Evelyn Cruz,   192 Cochecton Turnpike,   Honesdale, PA 18431-6506
4673681      American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 51178,
             Los Angeles, CA 90051-5478
4629632      CNH Industrial Capital America LLC,   PO Box 3600,   Lancaster, PA 17604-3600
4627445     +CNH Industrial Capital America LLC,   P.O. Box 7247-0170,   Philadelphia, PA 19170-0001
4627446     +Cochecton Mills,   30 Depot Rd.,   Cochecton, NY 12726-5221
4627441     +Cruz Evelyn,   192 Cochecton Turnpike,   Honesdale, PA 18431-6506
4627447     +DVFG,   P.O. Box 187,   30 Viaduct Rd.,   Callicoon, NY 12723-5120
4661431     +Delaware Valley Farm & Garden Cntr Inc,   c/o Baum Law Offices LLP,
             39 Lower Main St PO Box 238,   Callicoon, NY 12723-5000
4627448     +Farm Service Agency,   U.S. Department Of Agriculture,   200 Lake Road, Suite D,
             Towanda, PA 18848-9693
4627440     +Franciosa Enrico A,   192 Cochecton Turnpike,   Honesdale, PA 18431-6506
4627442     +Law Office of Jeffrey S Treat,   926 Court Street,   Honesdale, PA 18431-1961
4654436      Navient Solutions, Inc.,   Department of Education Loan Services,   P.O. Box 9635,
             Wilkes-Barre, PA 18773-9635
4627454     +PPL,   2 North Ninth St.,   Allentown, PA 18101-1179
4627457     +The Dime Bank,   820-822 Church Street,   Honesdale, PA 18431-1851
4627458     +Town & Country,   439 Rutledgedale Road,   Equinunk, PA 18417-3010
4627459     +Wayne County Tax Claim Bureau,   925 Court Street,   Honesdale, PA 18431-1994

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +EDI: PRA.COM Jan 10 2018 19:08:00      PRA Receivables Management, LLC,   POB 41067,
             Norfolk, VA 23541-1067
4627443     +EDI: GMACFS.COM Jan 10 2018 19:08:00      Ally,   P.O. Box 380902,   Bloomington, MN 55438-0902
4635256      EDI: GMACFS.COM Jan 10 2018 19:08:00      Ally Bank,   PO Box 130424,   Roseville, MN 55113-0004
4627444      EDI: CAPITALONE.COM Jan 10 2018 19:08:00      Capital One Bank,   P.O. Box 71083,
             Charlotte, NC 28272-1083
4661738     +E-mail/Text: bankruptcy@cavps.com Jan 10 2018 19:22:35      Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
4627450     +EDI: PRA.COM Jan 10 2018 19:08:00      Home Depot,   C/O Portfolio Recovery,
             120 Corporate Blvd.,   Norfolk, VA 23502-4952
4627451     +E-mail/Text: miller@hnbbank.com Jan 10 2018 19:22:08      Honesdale National Bank,
             733 Main Street,   Honesdale, PA 18431-1844
4627452     +EDI: IRS.COM Jan 10 2018 19:08:00      IRS,   2970 Market St.,   Philadelphia, PA 19104-5002
4627453     +EDI: PRA.COM Jan 10 2018 19:08:00      Portfolio Recovery,   C/O Robert Polas, Esq.,
             120 Corporate Blvd.,   Norfolk, VA 23502
4676923      EDI: PRA.COM Jan 10 2018 19:08:00      Portfolio Recovery Associates, LLC,   POB 41067,
             Norfolk, VA 23541
4627455     +EDI: NAVIENTFKASMSERV.COM Jan 10 2018 19:08:00      Sallie Mae,   P.O. Box 9635,
             Wilkes-Barre, PA 18773-9635
4627456     +EDI: RMSC.COM Jan 10 2018 19:08:00      Sams Club,   P.O. Box 530942,   Atlanta, GA 30353-0942
4630824     +E-mail/Text: miller@hnbbank.com Jan 10 2018 19:22:08      The Honesdale National Bank,
             724 Main Street,   PO Box 350,   Honesdale, PA 18431-0350
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4627449      ##+Freedom Ranger,   190 Blainsport Rd.,   Reinholds, PA 17569-9743
4634161       ##USDA Farm Service Agency,   One Credit Union Place Suite 320,   Harrisburg, PA 17110-2994
                                                                                 TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Jeffrey S. Treat    on behalf of Debtor 1 Enrico A. Franciosa jstreat@ptd.net
              Jeffrey S. Treat    on behalf of Debtor 2 Evelyn  Cruz jstreat@ptd.net
              Thomas I Puleo    on behalf of Creditor   U.S. Department of Agriculture, Farm Service Agency
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Enrico A. Franciosa<br>aka Rick Franciosa, dba Quails R. Us Plus<br>Evelyn Cruz<br>aka Evelyn Franciosa, dba Quails R. Us Plus | Chapter 13<br>Case No. 5:15−bk−01370−JJT |

**Debtor(s)**

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: January 10, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: karendavis, Deputy Clerk